UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WB MUSIC CORP., et al.,

                Plaintiffs,

                                  Case No. 1:08-cv-742

v.

                                  HONORABLE PAUL L. MALONEY

PORT CITY CRUISE LINE,
INC., et al.,

                Defendants.

_____/


## **ORDER TO FILE CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure

statement that (1) identifies any parent corporation and any publicly held corporation owning

10% or more of its stock; or (2) states that there is no such corporation.  A review of the docket

for this case has revealed that defendant Port City Cruise Line, Inc. has not filed the requisite

disclosure.

IT IS HEREBY ORDERED that defendant Port City Cruise Line, Inc. shall file a

corporate disclosure statement within seven (7) days of the date of this order.


Date:   November 2, 2009                      /s/ Paul L. Maloney_____
                                                 Paul L. Maloney
                                                 Chief United States District Judge